UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TRIDENT HEALTH RESOURCES, INC.,

    Plaintiff,

v.                                                     Case No: 8:13-cv-1629-T-30TGW

RONALD BAILEY and JOHN JEFFERY
POLAND,

    Defendants.

_____

## ORDER OF DISMISSAL

Before the Court is the Joint Stipulation of Dismissal Without Prejudice (Dkt. #15). Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1.    This cause is dismissed without prejudice, each party to bear their own attorney's fees and costs.

2.    All pending motions are denied as moot.

3.    The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 27th day of February, 2014.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2013\13-cv-1629 dismiss 15.docx